# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NADIA FENNEL,<br><br>    Defendant. | Case No.: 2:18-cr-393<br><br>ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR NADIA FENNEL<br>(ID#) 3002607 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **NADIA FENNEL** before the United States District Court at Las Vegas, Nevada, on or about IA/AP Tuesday 12/11/18 2:30 PM, CWH 3C, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: December 4, 2018

_____
UNITED STATES MAGISTRATE JUDGE

1  DAYLE ELIESON
   United States Attorney
2  District of Nevada
   BRANDON C. JAROCH
3  Assistant United States Attorney
   501 Las Vegas Boulevard South
   Suite 1100
4  Las Vegas, Nevada  89101
   702-388-6336
5
                    UNITED STATES DISTRICT COURT
6                        DISTRICT OF NEVADA
                              -oOo-
7

8  UNITED STATES OF AMERICA,        )   Case No.: 2:18-cr- 393
                                    )
9           Plaintiff,               )   PETITION FOR WRIT OF HABEAS
                                    )   CORPUS AD PROSEQUENDUM FOR
10      vs.                          )   NADIA FENNEL
                                    )   (ID#) 3002607
11 NADIA FENNEL,                    )
                                    )
12          Defendant.               )
                                    )
13 _____)

14      The petition of the United States Attorney for the District of Nevada respectfully shows

15 that **NADIA FENNEL** , is committed by due process of law in the custody of the Warden, Clark

16 County Detention Center, Las Vegas, Nevada, that it is necessary that the said **NADIA FENNEL**

17 be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **NADIA**

18 **FENNEL** may be present before the United States District Court for the District of Nevada, Las

19 Vegas, Nevada, on _____ IA/AP Tuesday 12/11/18 / 2:30 PM, CWH 3C _____, at the hour of 3:00 p.m., for

20 arraignment and from time to time and day to day thereafter until excused by the said Court.

21      That the presence of the said **NADIA FENNEL**  before the United States District Court

22 on or about _____ IA/AP Tuesday 12/11/18 / 2:30 PM, CWH 3C _____, at the hour of 3:00 p.m.,

23

24

1  for arraignment and from time to time and day to day thereafter until excused by the Court has
2  been ordered by the United States Magistrate or District Judge for the District of Nevada.
3      WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad
4  Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center,
5  Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding
6  them to produce the said **NADIA FENNEL** before the United States District Court on or about
7  _IA/AP Tuesday 12/11/8 2:30 PM, CWH 3C_, at the hour of 3:00 p.m., for arraignment and from
8  time to time and day to day thereafter, at such times and places as may be ordered and directed
9  by the Court entitled above, to appear before the Court, and when excused by the said Court, to
10 be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.
11     DATED this 4th day of December, 2018.

Respectfully submitted,

**DAYLE ELIESON**
United States Attorney

*/s/ Brandon C. Jaroch*

BRANDON C. JAROCH
Assistant United States Attorney

2