1  RENE L. VALLADARES
   Federal Public Defender
2  State Bar No. 11479
   KATHRYN C. NEWMAN
3  Assistant Federal Public Defender
   Nevada State Bar No. 13733
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6  Kathryn_Newman@fd.org

7  Attorney for Nadia Fennel

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00393-JCM-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE CHANGE OF PLEA HEARING** |
| v. | (First Request) |
| NADIA FENNEL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kevin D. Schiff, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Nadia Fennel, that the Change of Plea Hearing currently scheduled on June 26, 2019, be vacated and continued to a date and time convenient for the Court.

This Stipulation is entered into for the following reasons:

1. Defense counsel is unavailable at the currently scheduled time.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the change of plea hearing.

DATED this 12th day of June, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender | */s/ Kevin D. Schiff*<br>By_____<br>KEVIN D. SCHIFF<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NADIA FENNEL,<br><br>　　　　Defendant. | Case No. 2:18-cr-00393-JCM-NJK<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the Change of Plea hearing currently scheduled for Wednesday, June 26, 2019 at 10:30 a.m., be vacated and ~~continued~~ advanced to June 25, 2019, at the hour of 10:00 a.m.; or to a time and date convenient to the court.

　　DATED June 13, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ James C. Mahan
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3